Since defendant is to be entitled to plead anew, it is unnecessary to consider defendant's second argument that it was error to accept his waiver of indictment where the trial judge failed to adequately admonish him.

Judgment reversed and remanded.

DEMPSEY, P. J., and McNAMARA, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS BUCKNER *et al.,* (Impleaded), Defendants-Appellants.

(No. 56929; ▉▉▉▉▉▉▉▉▉

First District (3rd Division)—January 25, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (James J. Doherty and Shelvin Singer, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James E. Staruck, Assistant State's Attorneys, of counsel,) for the People.